SCOTT N. JOHNSON, ESQ.
**DISABLED ACCESS PREVENTS INJURY, INC.**
5150 Fair Oaks Boulevard, #101
Carmichael, CA 95608-5758
Telephone: (916) 485-3516
Facsimile:  (916) 481-4224
scottnjohnson@comcast.net

Attorneys for Plaintiff
**SCOTT N. JOHNSON**

MARTHA S. DOTY (State Bar No. 143287)
SAYAKA KARITANI (State Bar No. 240122)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
martha.doty@alston.com
sayaka.karitani@alston.com

Attorneys for Defendant
**CRP PROPERTIES, INC.**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>       Plaintiff,<br><br>  v.<br><br>CRP PROPERTIES, INC.,<br><br>       Defendants. | Case No.:  2:10-CV-02410-MCE-DAD<br><br>    Hon. Morrison C. England, Jr.<br><br>**ORDER RE JOINT STIPLUATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: October 4, 2010<br>Original Response Date:  Oct. 25, 2010<br>Current Response Date: Nov. 22, 2010<br>New Response Date: December 10, 2010 |

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the new responsive pleading to the Complaint deadline for Defendant CRP Properties, Inc. shall be December 10, 2010.

Dated: November 30, 2010

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE JOINT STIPLUATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
**Error! Unknown document property name.**