SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>   Plaintiff,<br><br> vs.<br><br><br>CRP Properties, Inc.,<br><br>   Defendants | Case No.: CIV.S 10-cv-02410-MCE-DAD<br><br>**STIPULATED DISMISSAL; ORDER THEREON**<br>**{FRCP 41 (a)(1)}**<br><br><br>Complaint Filed: SEPTEMBER 8, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1). The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

1
STIPULATED DISMISSAL and ORDER  CIV: S-10-cv-02410-MCE-DAD

DISABLED ACCESS PREVENTS INJURY, INC.

Dated:  January 21, 2011

/s/Scott N. Johnson_____
SCOTT N. JOHNSON
Attorney for Plaintiff


ALSTON & BIRD, LLP

Dated:  January 21, 2011

/s/Sayaka Karitani_____
SAYAKA KARITANI
Attorney for Defendants


**IT IS SO ORDERED:**

Dated:  January 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
STIPULATED DISMISSAL and ORDER  CIV: S-10-cv-02410-MCE-DAD